NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3055

MIGUEL CATALA-MORALES,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board
in NY1221070262-W-1.

ON MOTION

## O R D E R

Miguel Catala-Morales moves to withdraw his previously filed motion to dismiss and moves for an extension of time, until April 9, 2009, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to withdraw is granted. The motion to dismiss is withdrawn.

(2)    The motion for an extension of time is granted.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:    Elaine Rodriguez-Frank, Esq.
       Courtney E. Sheehan, Esq.
s8